**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 27 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| RODRIQUEZ CADE, | } | |
|     PLAINTIFF | } | |
| | } | **JURY TRIAL DEMANDED** |
| v. | } | |
| | } | |
| EXPERIAN INFORMATION SOLUTIONS, | } | **CASE No. 2:26-CV-0084** |
| INC., WELLS FARGO BANK, N.A., AND | } | |
| ONEMAIN FINANCIAL GROUP, LLC, | } | |
|     DEFENDANTS | } | |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I.    INTRODUCTION

1.    This is an action for damages brought by individual consumer Rodriquez Cade, against Defendant Experian Information Solutions, Inc. ("Experian"), Wells Fargo, N.A. ("Wells Fargo"), and Onemain Financial Group, LLC ("Onemain") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

### II.    JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. The venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this district, Defendant conducts business in this district, and communications giving rise to this action occurred in this district.

### III.    PARTIES

3.    Plaintiff is a natural person residing in Braselton, Georgia.

4. Plaintiff is a "consumer" as defined under 15 U.S.C. § 1681a(c) of the FCRA.

5. Wells Fargo is a "furnisher of information" as defined under 15 U.S.C. § 1681s-2 of the FCRA.

6. Onemain is a "furnisher of information" as defined under 15 U.S.C. § 1681s-2 of the FCRA.

7. Experian is a "consumer reporting agency" that compiles and maintains files on consumers nationwide, as defined under 15 U.S.C. § 1681a(p) of the FCRA. Experian is regularly engaged in the business of compiling and maintaining files on consumers for the purpose of furnishing consumer reports to third parties regarding a consumer's creditworthiness, credit standing, or credit capacity.

## IV. FACTUAL ALLEGATIONS

*Facts related to Written Dispute*

8. On or around December 15th, 2025, Plaintiff obtained a copy of his consumer credit disclosure from Experian.

9. The consumer credit disclosure contained false, inaccurate, and incomplete information, including but not limited to:

- **Names:**

  a. CADE RODRIQUEZ

  b. RODROQUEZ M CADE

  c. RODRIQUE M CADE

  d. RODRGUEZ M CADE

- **Addresses:**

  a. 839 Exchange Cir Apt 614, Bethlehem GA 30620

    b.  1235 Custom Way Apt A, Monroe GA 30655

    c.  1235A Custom Way, Monroe GA 30655-3327

    d.  401 Knight St #3, Monroe GA 30655-2750

    e.  1395 Winder Hwy Unit 6104, Dacula GA 30019-2225

    f.  839 Exchange Cir, Bethlehem GA 30620

    g.  1395 Winder Hwy Apt 6104, Dacula GA 30019-2388

    h.  839 Exchange Cir Apt 535, Bethlehem GA 30620

    i.  401 Knight St #G, Monroe GA 30655

    j.  839 Exchange Cir Apt 534, Bethlehem GA 30620

    k.  Custom Way, Monroe GA 30655

    l.  135 Chateau Ter Apt 2, Athens GA 30606-5419

    m. 435 Tustin Way Apt 1, Monroe GA 30655

    n.  553 Tall Oaks W, Monroe GA 30655

    o.  220 Piccadilly Sq, Athens GA 30605

    p.  135 Chateau Ter, Athens GA 30606

    q.  167 Sunny Hills Dr, Athens GA 30601

    r.  190 Gatewood Cir, Athens GA 30607

- **Employers:**

    a.  A AND D FOODS

    b.  EVANCOR

    c.  OTHCSTM

    d.  LEGGETT PLATT

- **Accounts:**

    a.  COVINGTON CREDIT - 128310XXXXXXXXX

    b.  COVINGTON CREDIT - T12831XXXXXXXXX

    c.  FARMERS HOME FURNITURE - 79444XXXX

    d.  KIKOFF LENDING LLC - CLQXBMXXXX

    e.  ONEMAIN - 818322XXXXXXXXXX

    f.  WEBBANK/FINGERHUT - 636992XXXXXXXXXX

    g.  WFBNA CARD - 442644XXXXXXXXXX

    h.  PREMIER BKCRD/FIRST PREMIER - 517800XXXXXXXXXX

    i.  CREDIT ONE BANK - 444796XXXXXXXXX

10.    On or around January 24th, 2026, Plaintiff mailed a written dispute letter to Experian via USPS Certified Mail Tracking # 9207 1902 3589 0900 0037 1933 35. The names, addresses, employers, and accounts listed in the letter were described and spelled out for Experian to understand.

**See Exhibit A.**

11.    On or around January 31st, 2026, Experian received Plaintiff's dispute letter.

12.    On or around March 6th, 2026, Plaintiff obtained a second copy of his consumer credit disclosure from Experian. There were no changes made to his credit file.

13.    Upon Plaintiff's request for verification, and in accordance with its standard procedures, Experian did not evaluate or consider any of Plaintiff's information, claims, or evidence, and did not make any attempt to substantially or reasonably verify the names, addresses, employers, and accounts listed in Plaintiff's dispute letter.

14.     Instead, Experian continued to report false, inaccurate, incomplete, or unverifiable information regarding the names, addresses, employers, and accounts listed in Plaintiff's consumer credit disclosure.

### A. Personal Information

15.     Experian continued to inaccurately report twenty-six (26) items of personally identifiable information, including incorrect names, addresses, and employers, in Plaintiff's consumer disclosure.

16.     Plaintiff provided a copy of his Driver's License, Social Security Card, and Utility Bill, which more than sufficiently verified her identity and provided Experian with all information necessary to conduct a reasonable investigation and promptly correct or delete the inaccurate personally identifiable information.

17.     Had Experian looked in even the most cursory way at the dispute letter, it would have seen that the errors were obvious, and the personally identifiable information would have been corrected or deleted.

### B. Accounts

18.     Experian continued to inaccurately report information regarding nine (9) accounts, including balances, payment histories, balance histories, and the statuses of these accounts.

19.     Experian failed to report the Date of First Delinquency for these accounts. The Date of First Delinquency is used to ensure compliance with the Fair Credit Reporting Act, and it *must* be reported according to the Consumer Data Industry Association (CDIA), Credit Reporting Resource Guide (Metro 2® Guidelines).

20.     Upon information and belief, each furnisher reported the Date of First Delinquency for its respective account; however, Experian refused to include it in Plaintiff's credit file.

21.    Had Experian looked in even the most cursory way at the dispute letter, it would have seen that the errors were obvious, and the accounts would have been corrected or deleted.

22.    Without any explanation or reason, Experian continues to report this false and inaccurate information about Plaintiff, resulting in the derivation of a credit score that does not accurately reflect Plaintiff's creditworthiness.

## C. Damages

23.    Experian has refused to invest the time, money, and effort to carry out its obligations under the FCRA.

24.    Experian negligently, recklessly, and/or willfully violated the requirement of a reasonable investigation as required under the FCRA.

25.    Experian has continued to report, even after Plaintiff mailed a letter disputing the inaccurate names, addresses,  employers, and accounts, and thus failed to use all reasonable procedures to assure maximum possible accuracy of Plaintiff's credit file.

26.    The result is that obviously wrong, inaccurate, and/or incomplete information regarding the names, addresses,  employers, and accounts was allowed to remain on Plaintiff's credit file.

27.    Experian has allowed users to access Plaintiff's consumer report before the dispute, during the dispute time period, and even after the investigations (if any) were completed.

28.    Certainly, after Plaintiff notified Experian, they knew the names, addresses, employers, and accounts should not and could not remain on Plaintiff's credit file unless corrected.

29.    However, Experian refused not only to conduct a proper reinvestigation under Section 1681i but also refused to remove the Accounts under Section 1681e(b), which is the maximum possible accuracy.

30.    By allowing the names, addresses,    employers, and accounts to remain on Plaintiff's credit file with the inaccurate, incomplete, unverifiable, and/or contradictory information, Experian created and allowed misleading information which more likely than not misled users of Plaintiff's credit file prepared by Experian, to believe Plaintiff's credit file was 100% accurate and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit file.

31.    Plaintiff was denied a Cash Back credit card from Discover Bank, which obtained information from Experian, and used that information in making their credit decision.

32.    As a result of the conduct, action, and inaction of Experian, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

*Facts related to Wells Fargo*

33.    Upon information and belief, Experian notified Wells Fargo of the dispute.

34.    Upon information and belief, Wells Fargo received notification of Plaintiff's dispute from Experian and processed the dispute accordingly.

35.    However, Wells Fargo verified the account as accurate.

36.    Despite Plaintiff's dispute, Wells Fargo continued to report false, inaccurate, incomplete, or unverifiable information regarding the account.

37.    Wells Fargo inaccurately reported the status of the account as "Account charged off/Never late". **See Exhibit B.**

38.    Because these two statuses cannot logically coexist at the same time, Wells Fargo's reporting was patently inaccurate.

39.    Wells Fargo inaccurately reported Plaintiff as a "Charge Off" in Feb 2021. **See Exhibit B.**

40.    The Wells Fargo account reflects a payment in Jan 2021, followed by a charge off reported in Feb 2021.

41.    This reporting sequence does not conform to standard credit reporting guidelines, which require an account to progress through increasing levels of delinquency—typically 30, 60, 90, 120, 150, and 180 days past due—before entering into a charge off status.

42.    Considering Plaintiff as Current in Jan 2021, with no delinquencies, the "Charge Off" notation for Feb 2021 was patently inaccurate.

43.    Adding further injury to insult, Wells Fargo failed to update the account as disputed, which is a material violation.

44.    Wells Fargo failed to conduct a reasonable investigation, failed to correct and/or delete information they knew to be inaccurate, incomplete, or unverifiable, failed to contact Plaintiff or any third-parties, and failed to review underlying account information with respect to the disputed information and the accuracy of the disputed information.

45.    Instead of conducting a reasonable investigation, Wells Fargo erroneously validated the account and reported and continues to report inaccurate information about Plaintiff to Experian.

46.    Experian failed to conduct a reasonable investigation, failed to correct and/or delete information they knew or should have known to be inaccurate, incomplete, or unverifiable, failed to contact Plaintiff or any third-parties, and failed to review underlying account information with respect to the disputed information and the accuracy of the disputed information.

47.    Experian employed an investigation process that was not reasonable and did not remove the inaccurate information identified in Plaintiff's dispute.

48.    Experian employed internal processes that were not reasonable and failed to ensure the maximum possible accuracy of the information reported in Plaintiff's credit file.

49.    The sole reason the inaccurate information was included in Plaintiff's credit report was that Experian failed to follow reasonable procedures to ensure the maximum possible accuracy of the information when it prepared Plaintiff's credit report and credit file.

50.    Without any explanation or reason, Wells Fargo and Experian continue to report this false, inaccurate, incomplete, or unverifiable information about Plaintiff.

51.    Plaintiff was denied a Cash Back credit card from Discover Bank, which obtained information from Experian, and used that information in making their credit decision.

52.    As a result of the conduct, action, and inaction of Wells Fargo and Experian, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

*Facts related to Onemain*

53.    Upon information and belief, Experian notified Onemain of the dispute.

54.    Upon information and belief, Onemain received notification of Plaintiff's dispute from Experian and processed the dispute accordingly.

55.    However, Onemain verified the account as accurate.

56.    Despite Plaintiff's dispute, Onemain continued to report false, inaccurate, incomplete, or unverifiable information regarding the account.

57.    Onemain inaccurately reported Plaintiff's account as a "Repossession" in Jan 2024. **See Exhibit C.**

58.    The Onemain account reflects a payment in December 2023, followed by a repossession reported in January 2024.

59.    This reporting sequence does not conform to standard credit reporting guidelines, which require an account to progress through increasing levels of delinquency—typically 30, 60, 90, 120, 150, and 180 days past due—before entering into a repossession status.

60.    Considering Plaintiff as Current in December 2023, with no delinquencies, the "Repossession" notation for January 2024 was patently inaccurate.

61.    Adding further injury to insult, Onemain failed to update the account as disputed, which is a material violation.

62.    Onemain failed to conduct a reasonable investigation, failed to correct and/or delete information they knew to be inaccurate, incomplete, or unverifiable, failed to contact Plaintiff or any third-parties, and failed to review underlying account information with respect to the disputed information and the accuracy of the disputed information.

63.    Instead of conducting a reasonable investigation, Onemain erroneously validated the account and reported and continues to report inaccurate information about Plaintiff to Experian.

64.    Experian failed to conduct a reasonable investigation, failed to correct and/or delete information they knew or should have known to be inaccurate, incomplete, or unverifiable, failed to contact Plaintiff or any third-parties, and failed to review underlying account information with respect to the disputed information and the accuracy of the disputed information.

65.    Experian employed an investigation process that was not reasonable and did not remove the inaccurate information identified in Plaintiff's dispute.

66.    Experian employed internal processes that were not reasonable and failed to ensure the maximum possible accuracy of the information reported in Plaintiff's credit file.

67.    The sole reason the inaccurate information was included in Plaintiff's credit report was that Experian failed to follow reasonable procedures to ensure the maximum possible accuracy of the information when it prepared Plaintiff's credit report and credit file.

68.    Without any explanation or reason, Onemain and Experian continues to report this false, inaccurate, incomplete, or unverifiable information about Plaintiff.

69.    Plaintiff was denied a Cash Back credit card from Discover Bank, which obtained information from Experian, and used that information in making their credit decision.

70.    As a result of the conduct, action, and inaction of Onemain and Experian, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

## V.    COUNT 1
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. § 1681e(b)
## AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

71.    Plaintiff incorporates by reference paragraphs 1-70 of this Complaint.

72.    After receiving the dispute, Experian failed to correct the false information reporting on Plaintiff's credit report and/or credit file.

73.    Experian violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files it published and maintained concerning Plaintiff.

74.    As a result of the conduct, action, and inaction of Experian, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

75.    The conduct, action, and inaction of Experian were willful, rendering Experian liable to Plaintiff for punitive damages pursuant to 15 U.S.C. § 1681n.

76.    In the alternative, Experian was negligent, and Plaintiff is entitled to recover damages under 15 U.S.C. § 1681o.

77.    Plaintiff is entitled to recover costs from Experian pursuant to 15 U.S.C. § 1681n and/or § 1681o.

## VI.    COUNT 2
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681i
## AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

78.    Plaintiff incorporates by reference paragraphs 1-70 of this Complaint.

79.    After receiving the dispute, Experian failed to correct the false information reported on Plaintiff's credit report and/or credit file.

80.    Experian violated 15 U.S.C. § 1681i by failing to conduct a reasonable reinvestigation, failing to provide notification of the dispute to any person who provided any item of information in dispute, and failing to delete information that was inaccurate, incomplete, or cannot be verified.

81.    Without any explanation or reason, Experian continues to report this unverifiable, inaccurate, and otherwise incomplete information about Plaintiff.

82.    As a result of the conduct, action, and inaction of Experian, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

83.    The conduct, action, and inaction of Experian were willful rendering Experian liable to Plaintiff for punitive damages pursuant to 15 U.S.C. § 1681n.

84.    In the alternative, Experian was negligent, and Plaintiff is entitled to recover damages under 15 U.S.C. § 1681o.

85.    Plaintiff is entitled to recover costs from Experian pursuant to 15 U.S.C. § 1681n and/or § 1681o.

## VII.    COUNT 3
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681s-2(b)
## AGAINST DEFENDANT WELLS FARGO BANK, N.A.

86.    Plaintiff incorporates by reference paragraphs 1-7 and 33-52 of this Complaint.

87.    After receiving the dispute, First Premier failed to correct the false information reported on Plaintiff's credit report and/or credit file.

88.    First Premier violated 15 U.S.C. § 1681s-2(b) by failing to fulfill its obligations as a furnisher upon receiving notice of a dispute.

89.    First Premier violated multiple sections of 15 U.S.C. § 1681s-2(b), including but not limited to: [a] failing to conduct a reinvestigation with respect to the disputed information; [b] failing to report the results of the investigation to the consumer reporting agency; [c] failing to report accurate information to the consumer reporting agencies after a dispute including Experian and other consumer reporting agencies known and unknown; and [d] failing to delete the incomplete and/or inaccurate information.

90.    As a result of the conduct, action, and inaction of First Premier, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

91.    First Premier's conduct, action, and inaction were willful, rendering it liable to Plaintiff for punitive damages pursuant to 15 U.S.C. § 1681n.

92.     In the alternative, First Premier was negligent, Plaintiff is entitled to recover damages under 15 U.S.C. § 1681o.

93.     Plaintiff is entitled to recover costs from First Premier pursuant to 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o.

## VIII.   COUNT 4
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681s-2(b)
## AGAINST DEFENDANT ONEMAIN FINANCIAL GROUP, LLC

94.     Plaintiff incorporates by reference paragraphs 1-7 and 53-70 of this Complaint.

95.     After receiving the dispute, Onemain failed to correct the false information reported on Plaintiff's credit report and/or credit file.

96.     Onemain violated 15 U.S.C. § 1681s-2(b) by failing to fulfill its obligations as a furnisher upon receiving notice of a dispute.

97.     Onemain violated multiple sections of 15 U.S.C. § 1681s-2(b), including but not limited to: [a] failing to conduct a reinvestigation with respect to the disputed information; [b] failing to report the results of the investigation to the consumer reporting agency; [c] failing to report accurate information to the consumer reporting agencies after a dispute including Experian and other consumer reporting agencies known and unknown; and [d] failing to delete the incomplete and/or inaccurate information.

98.     As a result of the conduct, action, and inaction of Onemain, Plaintiff has suffered actual damages, including but not limited to decreased FICO score, inability to obtain a credit card, inability to purchase and benefit from credit, damage to reputation, emotional distress, mental anguish, frustration, anger, embarrassment, and humiliation.

99.     Onemain's conduct, action, and inaction were willful, rendering it liable to Plaintiff for punitive damages pursuant to 15 U.S.C. § 1681n.

100.    In the alternative, Onemain was negligent, Plaintiff is entitled to recover damages under 15 U.S.C. § 1681o.

101.    Plaintiff is entitled to recover costs from Onemain pursuant to 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o.

## IX.    JURY DEMAND AND PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendants' for:

A.  The greater of statutory damages of $1,000 per incident and Plaintiff's actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Plaintiff's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

B.  Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

C.  Costs of the action pursuant to pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and

D.  Any other equitable relief the court may deem just and appropriate.


Respectfully Submitted,


Dated: March 27th, 2026                By:  __/s/ Rodriquez Cade____

Rodriquez Cade - Pro Se Plaintiff
7260 Silk Tree Pointe
Braselton, GA 30517
(470) 269-3833
rodriquezcade@gmail.com

# EXHIBIT A – REDACTED DISPUTE LETTER MAILED TO EXPERIAN

January 24th, 2026

Rodriquez Cade
401 Knight St
Monroe, GA 30655
DOB: ███████
Last Four of Social: ███

Experian
P.O. Box 4500
Allen, TX 75013

Dear Sir or Madam,

I have reviewed my Experian credit report obtained from your agency under **Report Number 1531-1646-02** and identified information that is false, inaccurate, or incomplete.

I am disputing the information which I believe is not true or incomplete, inaccurate or inconsistent information you have on my credit report and I want you to investigate inaccurate, incomplete, not authenticated or no longer valid information related to my personal information. This will ensure that you maintain only accurate information about me, reducing the likelihood of identity theft or a mixed file.

I am requesting that you and the furnishers conduct a thorough investigation of the accounts I am disputing. Please forward a copy of this letter to each furnisher and ensure that both you and the furnishers comply with the law by performing a proper investigation. I am not asking for this request to be ignored or for you to send generic responses. I take the accuracy of my credit reports seriously, and it is essential that all information is correct, complete, and fully verified. My reports contain contradictory, incomplete, and incorrect information that cannot be verified. Whether these errors come from the furnishers providing inaccurate data or from your reporting, it is now your responsibility to fix them. To assist your review, I have included marked-up copies of my credit reports, clearly highlighting the disputed items with brief explanations. These errors should be obvious to both you and the furnishers. I expect every account to be 100% accurate, complete, and verifiable. Any account that does not meet these standards must be deleted immediately.

I am requesting a thorough and proper investigation of every account listed below, including each error or missing data I point out in this letter and the marked-up pages of my credit report. I will clearly identify each account and specify what I believe is wrong.

You will find incomplete, contradictory, and inaccurate information—each of which must be corrected. If you cannot make the information 100% accurate, complete, and verifiable, the entire account must be deleted.

For your convenience, I have enclosed all relevant pages from my credit report to assist you in identifying the disputed accounts and errors. In the course of your investigation, if you identify any additional information that is inaccurate, incomplete, or unverifiable, I expect it to be corrected

or deleted accordingly. Please also consider all supporting documentation and information included with this dispute.

If you determine that this dispute is frivolous or irrelevant, please provide me with the notice of determination within 5 business days containing the reason and information required to investigate the disputed information.

Otherwise, please delete or modify this misleading information, notify the furnisher, and send me an updated copy of my credit file within business days after the completion of your reinvestigation.

Upon completion of your reinvestigation, **I'm also requesting the business name, business address, and telephone number, if available, that was used in connection with this reinvestigation. Lastly, please provide a description of the procedure used.**

If this reinvestigation results in a deletion, please provide notification to all persons who pulled my credit report within the last 6 months.

---

**Personal Information:**

CADE RODRIQUEZ – This name is inaccurate and not mine.
RODROQUEZ M CADE - This name is inaccurate and not mine.
RODRIQUE M CADE - This name is inaccurate and not mine.
RODRGUEZ M CADE - This name is inaccurate and not mine.

839 Exchange Cir Apt 614, Bethlehem GA 30620 – This address is inaccurate and not mine.

1235 Custom Way Apt A, Monroe GA 30655 – This address is inaccurate and not mine.

1235A Custom Way, Monroe GA 30655-3327 – This address is inaccurate and not mine.

401 Knight St #3, Monroe GA 30655-2750 – This address is inaccurate and not mine.

1395 Winder Hwy Unit 6104, Dacula GA 30019-2225 – This address is inaccurate and not mine.

839 Exchange Cir, Bethlehem GA 30620 – This address is inaccurate and not mine.

1395 Winder Hwy Apt 6104, Dacula GA 30019-2388 – This address is inaccurate and not mine.

839 Exchange Cir Apt 535, Bethlehem GA 30620 – This address is inaccurate and not mine.

401 Knight St #G, Monroe GA 30655 – This address is inaccurate and not mine.

839 Exchange Cir Apt 534, Bethlehem GA 30620 – This address is inaccurate and not mine.

Custom Way, Monroe GA 30655 – This address is inaccurate and not mine.

135 Chateau Ter Apt 2, Athens GA 30606-5419 – This address is inaccurate and not mine.

435 Tustin Way Apt 1, Monroe GA 30655 – This address is inaccurate and not mine.

553 Tall Oaks W, Monroe GA 30655 – This address is inaccurate and not mine.

220 Piccadilly Sq, Athens GA 30605 – This address is inaccurate and not mine.

135 Chateau Ter, Athens GA 30606 – This address is inaccurate and not mine.

167 Sunny Hills Dr, Athens GA 30601 – This address is inaccurate and not mine.

190 Gatewood Cir, Athens GA 30607 – This address is inaccurate and not mine.

## Employers:

A AND D FOODS - This employer is inaccurate and not mine.

EVANCOR - This employer is inaccurate and not mine.

OTHCSTM - This employer is inaccurate and not mine.

LEGGETT PLATT - This employer is inaccurate and not mine.

## Accounts:

**Account Name:** COVINGTON CREDIT
**Account Number:** 128310XXXXXXXXX

I'm disputing the completeness and accuracy of this account. The balance is incomplete. The balance updated is incomplete. The recent payment is incomplete. The Highest balance is inaccurate. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account. Also, there is no balance history reflected on this account.

---

**Account Name:** COVINGTON CREDIT
**Account Number:** T12831XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The monthly payment is incomplete. The highest balance is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account. Also, there is no balance history reflected on this account.

---

**Account Name:** FARMERS HOME FURNITURE
**Account Number:** 79444XXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The monthly payment is incomplete. The highest balance is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account. Also, there is no balance history reflected on this account.

**Account Name:** KIKOFF LENDING LLC
**Account Number:** CLQXBMXXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The monthly payment is incomplete. The terms is incomplete. The payment history is inaccurate. The date of first delinquency is not shown on this account.

**Account Name:** ONEMAIN
**Account Number:** 818322XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The recent payment is incomplete. The monthly payment is incomplete. The highest balance is incomplete. The payment history is inaccurate. The date of first delinquency is not shown on this account. Also, there is no balance history reflected on this account.

**Account Name:** WEBBANK/FINGERHUT
**Account Number:** 636992XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The recent payment is incomplete. The credit limit is incomplete. The terms is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account. Also, there is no balance history reflected on this account.

**Account Name:** WFBNA CARD
**Account Number:** 442644XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The monthly payment is incomplete. The terms is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account.

**Account Name:** PREMIER BKCRD/FIRST PREMIER

**Account Number:** Account Number 517800XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The monthly payment is incomplete. The terms is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account.

---

**Account Name:** CREDIT ONE BANK
**Account Number:** 444796XXXXXXXXXX

I'm disputing the completeness and accuracy of this account. The balance is inaccurate. The recent payment is incomplete. The terms is incomplete. The payment history is inaccurate and incomplete. The date of first delinquency is not shown on this account.

---

Enclosed: Driver's License, Social Security Card, Proof of Address, and Credit Report

Sincerely,

Rodriquez Cade

**GEORGIA**
DRIVER'S LICENSE CDL INSTRUCTION PERMIT **CDL**

SOCIAL SECURITY

PROGRESSIVE
P.O. BOX 6807
CLEVELAND, OH 44101


AUTO

■■■■■■■■■■■■■■■■

Underwritten by:
Progressive Freedom Ins Company
January 15, 2026
Policy Period:  Oct 9, 2025 - Apr 9, 2026
Page 1 of 2

RODRIQUEZ M CADE
401 KNIGHT ST
MONROE, GA 30655

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-876-5581**
For customer service and claims service,
24 hours a day, 7 days a week.

# Auto Insurance
# Coverage Summary
## This is a copy of your Declarations Page

Your coverage began on October 9, 2025 at 12:01 a.m.  This policy expires on April 9, 2026 at 12:01 a.m.

This coverage summary replaces your prior one.  Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle.  The policy contract is form 9611A GA (05/15).  The contract is modified by forms Z195 GA (12/14), A226 GA (06/22) and A263 GA (02/21).

## Drivers and household residents

**RODRIQUEZ M CADE**
Additional information: Named insured



## Outline of coverage

Garaging ZIP Code: 30655
Primary use of the vehicle:  Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: At least 1 year but less than 3 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $1,060 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| Uninsured Motorist | Rejected | | -- |
| Uninsured Motorist Property Damage | Rejected | | -- |
| **Total 6 month policy premium** | | | **$1,060.00** |

## Premium discounts

Policy

■■■■■■■■■     Continuous Insurance: Platinum and Three-Year Safe Driving

Form 6489 GA (03/23)

Continued

12/15/25, 1:40 PM
Experian

Prepared For

## RODRIQUEZ CADE

**Personal & Confidential**

**Date Generated** Dec 15, 2025

**Report Number** 1531-1646-02

# At a Glance   22 Accounts          0 Public Records          6 Hard Inquiries

## Personal Information

10 Names          20 Addresses          4 Employers          4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| | | | |
|---|---|---|---|
| **RODRIQUEZ CADE**<br>Name ID #25709 | **RODRIQUEZ M CADE**<br>Name ID #25043 | **RODRIQUEZ MARLIN CADE**<br>Name ID #27751 | **RODRIGUEZ CADE**<br>Name ID #836 |
| **RODRIGUEZ M CADE**<br>Name ID #18230 | **RODROQUEZ M CADE**<br>Name ID #1864 | **CADE RODRIQUEZ**<br>Name ID #28966 | **RODRIGUEZ MARLIN CADE**<br>Name ID #16297 |
| **RODRIQUE M CADE**<br>Name ID #8522 | **RODRGUEZ M CADE**<br>Name ID #6923 | | |

# Addresses

506 PINE PARK ST
MONROE GA,
30655-2654

Address ID
#0067382660
Single family

401 KNIGHT ST
MONROE GA,
30655-2750

Address ID
#0067383012
Single family

839 EXCHANGE CIR
APT614
BETHLEHEM GA,
30620-1816

Address ID
#0906290063
Multifamily

1235 CUSTOM WAY
APTA
MONROE GA,
30655-3327

Address ID
#0522274535
Single family

1235A CUSTOM
WAY
MONROE GA,
30655-3327

Address ID
#0531312423
Single family

1395 WINDER HWY
UNIT6104
DACULA GA,
30019-2225

Address ID
#0980105392
Single family

1395 WINDER HWY
APT6104
DACULA GA,
30019-2388

Address ID
#0981943478
Apartment complex

839 EXCHANGE
535 CI
BETHLEHEM GA,
30620

Address ID
#0893514012
Single family

401 KNIGHT ST #3
MONROE GA,
30655-2750

Address ID
#0962485481
Single family

839 EXCHANGE CIR
BETHLEHEM GA,
30620-1714

Address ID
#0877539324
Multifamily

401 KNIGHT ST #G
MONROE GA,
30655-2750

Address ID
#0963809931
Single family

839 EXCHANGE CIR
APT534
BETHLEHEM GA,
30620-1815

Address ID
#0894105036
Multifamily

CUSTOM WAY
MONROE GA,
30655

Address ID
#0821154759

435 TUSTIN WAY
APT 1
MONROE GA,
30655

Address ID
#0905626526
Apartment complex

220 PICCADILLY SQ
ATHENS GA,
30605-3075

Address ID
#0067250721
Multifamily

135 CHATEAU TER
ATHENS GA,
30606-5428

Address ID
#0780662697
Single family

135 CHATEAU TER
APT2
ATHENS GA,
30606-5419

Address ID
#0067261326
Apartment complex

553 TALL OAKS W
MONROE GA,
30655-2671

Address ID
#0067382760
Single family

167 SUNNY HILLS
DR
ATHENS GA,
30601-1459

Address ID
#0067222665
Single family

190 GATEWOOD
CIR
ATHENS GA,
30607-2088

Address ID
#0656902976
Single family

## Year of Birth

1989

## Phone Numbers

(470) 269-3863

Cellular

(470) 269-3833

Cellular

## Spouse or Co-Applicant

SHANTE

## Employers

A AND D FOODS          EVANCOR          OTHCSTM          LEGGETT PLATT

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AFFIRM INC

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **AFFIRM INC** | Balance | - |
| Account Number | **LK7RXXXX** | Balance Updated | - |

Experian

| | | | |
|---|---|---|---|
| Account Type | Unsecured | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 09/16/2024 | Original Balance | $196 |
| Status | Paid, Closed/Never late. | Highest Balance | - |
| Status Updated | Mar 2025 | Terms | 6 Months |
| | | On Record Until | Mar 2035 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Mar 2035.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2025 | $71 | $36 | $36 on 1/16/2025 |
| Jan 2025 | $105 | $36 | $36 on 1/3/2025 |
| Dec 2024 | $137 | $36 | $36 on 11/26/2024 |
| Nov 2024 | $168 | $36 | $36 on 10/20/2024 |

## Additional info

The original amount of this account was $196

## ✉ Contact Info

Address       650 CALIFORNIA ST FL 12,
              SAN FRANCISCO CA 94108

Phone Number  (855) 423-3729

# CARMAX

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | CARMAX | Balance | - |
| Account Number | 4839XXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Joint with SHANTE R BUTTS | Monthly Payment | - |
| Date Opened | 02/04/2023 | Original Balance | $24,411 |
| Status | Paid, Closed. $23,593 written off. | Highest Balance | - |
| Status Updated | Sep 2025 | Terms | 74 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CLS | — | — | — |
| 2024 | 30 | 30 | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO |
| 2023 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CLS | Closed | CO | Charge off |

### Payment history guide

Charge Off as of Aug 2025 to Sep 2024

150 days past due as of Aug 2024

120 days past due as of Jul 2024

90 days past due as of Jun 2024

60 days past due as of May 2024

30 days past due as of Apr 2024,Feb 2024,Jan 2024

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2025 | $9,778 | $0 | $0 on 6/7/2024 |
| Jul 2025 | $9,778 | $0 | $0 on 6/7/2024 |
| Jun 2025 | $9,778 | $0 | $0 on 6/7/2024 |
| May 2025 | $9,778 | $0 | $0 on 6/7/2024 |

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | COVINGTON CREDIT | Balance | - |
| Account Number | 128310XXXXXXXXX | Balance Updated | - |
| Account Type | Note Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 03/13/2019 | Original Balance | $594 |
| Status | Paid, Closed/Never late. | Highest Balance | - |
| Status Updated | Aug 2019 | Terms | 7 Months |
| | | On Record Until | Aug 2029 |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |

✓  Current / Terms met     CLS   Closed

This account is scheduled to continue on record until Aug 2029.

✉ **Contact Info**

| | |
|---|---|
| Address | 301 N MAIN ST, GREENVILLE SC 29601 |
| Phone Number | (864) 233-9033 |

# COVINGTON CREDIT

POTENTIALLY NEGATIVE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | COVINGTON CREDIT | Balance | - |
| Account Number | 128310XXXXXXXXX | Balance Updated | - |
| Account Type | Note Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 09/30/2020 | Original Balance | $748 |
| Status | Closed. $800 written off. | Highest Balance | - |
| Status Updated | Apr 2021 | Terms | 8 Months |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 90 | 120 | 150 | CO | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | ✓ | ND | 30 | 60 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

## Payment history guide

Charge Off as of Apr 2021

150 days past due as of Mar 2021

120 days past due as of Feb 2021

90 days past due as of Jan 2021

60 days past due as of Dec 2020

30 days past due as of Nov 2020

 **Historical Info**

Company Sold

**NATIONAL CREDIT ADJUSTERS LLC**

 **Contact Info**

Address

**301 N MAIN ST,
GREENVILLE SC 29601**

Phone Number

**(864) 233-9033**

 **Comment**

## Current:

Purchased by another lender.

## Previous:

None

## COVINGTON CREDIT

POTENTIALLY NEGATIVE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | COVINGTON CREDIT | Balance | $800 |
| Account Number | T12831XXXXXXXXXX | Balance Updated | 02/03/2023 |
| Account Type | Note Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 09/30/2020 | Original Balance | $748 |
| Status | Account charged off. $800 written off. $800 past due as of Feb 2023. | Highest Balance | - |
| | | Terms | 8 Months |
| Status Updated | Apr 2021 | On Record Until | Aug 2027 |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ND | CO | — | — | — | — | — | — | — | — | — | — |
| 2022 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2021 | 90 | 120 | 150 | CO | CO | CO | ND | ND | ND | ND | ND | ND |
| 2020 | — | — | — | — | — | — | — | — | ✓ | ND | 30 | 60 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

### Payment history guide

Charge Off as of Feb 2023,Jun 2021 to Apr 2021

150 days past due as of Mar 2021

120 days past due as of Feb 2021

90 days past due as of Jan 2021

60 days past due as of Dec 2020

30 days past due as of Nov 2020

This account is scheduled to continue on record until Aug 2027.

✉ **Contact Info**

| Address | 301 N MAIN ST,<br>GREENVILLE SC 29601 |
|---|---|
| Phone Number | (864) 233-9033 |

# CREDIT ONE BANK

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **CREDIT ONE BANK** | Balance | $523 |
| Account Number | **444796XXXXXXXXXX** | Balance Updated | 11/23/2025 |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | $30 |
| Date Opened | **11/12/2023** | Credit Limit | $300 |
| Status | **Closed. $180 past due as of Nov 2025.** | Highest Balance | $523 |
| Status Updated | **Aug 2025** | Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |

### Payment history guide

150 days past due as of Nov 2025

120 days past due as of Oct 2025

90 days past due as of Sep 2025

60 days past due as of Aug 2025

30 days past due as of Jul 2025

##  Balance Histories

30 days past due as of Jun 2022,Jan 2022,Aug 2021,Jul 2021



## Contact Info

| | |
|---|---|
| Address | 7300 E HAMPTON AVE STE 101, MESA AZ 85209 |
| Phone Number | (480) 413-5353 |



## Comment

**Current:**

Paid through insurance.

**Previous:**

None

# FARMERS HOME FURNITURE

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | FARMERS HOME FURNITURE | Balance | $569 |
| Account Number | 79444XXXX | Balance Updated | 11/30/2025 |
| Account Type | Sales Contract | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 06/21/2018 | Original Balance | $4,171 |
| Status | Account charged off. $569 written off. $569 past due as of Nov 2025. | Highest Balance | - |
| | | Terms | 24 Months |
| Status Updated | Jan 2021 | On Record Until | May 2027 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | ND | CO | CO | CO | CO | CO | CO | CO | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |
| ND | No data for this period | | |

**Payment history guide**

Charge Off as of Nov 2025 to May 2025,Mar 2025 to Jan 2021

120 days past due as of Dec 2020

90 days past due as of Nov 2020

60 days past due as of Oct 2020

30 days past due as of Sep 2020

This account is scheduled to continue on record until May 2027.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2025 | $569 | $0 | $0 on 7/31/2020 |
| Sep 2025 | $569 | $0 | $0 on 7/31/2020 |
| Aug 2025 | $569 | $0 | $0 on 7/31/2020 |
| Jul 2025 | $569 | $0 | $0 on 7/31/2020 |
| Jun 2025 | $569 | $0 | $0 on 7/31/2020 |
| May 2025 | $569 | $0 | $0 on 7/31/2020 |
| Mar 2025 | $569 | $0 | $0 on 7/31/2020 |
| Feb 2025 | $569 | $0 | $0 on 7/31/2020 |
| Jan 2025 | $569 | $0 | $0 on 7/31/2020 |
| Dec 2024 | $569 | $0 | $0 on 7/31/2020 |
| Nov 2024 | $569 | $0 | $0 on 7/31/2020 |
| Oct 2024 | $569 | $0 | $0 on 7/31/2020 |

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **KIKOFF LENDING LLC** | Balance | $25 |
| Account Number | **CLQXBMXXXX** | Balance Updated | 03/31/2025 |
| Account Type | **Charge Card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | 12/18/2021 | Credit Limit | $750 |
| Status | Account charged off. $25 written off. $25 past due as of Mar 2025. | Highest Balance | $65 |
| | | Terms | - |
| Status Updated | Mar 2025 | On Record Until | Jun 2031 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 120 | 150 | CO | — | — | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Mar 2025

150 days past due as of Feb 2025

120 days past due as of Jan 2025

90 days past due as of Dec 2024

60 days past due as of Nov 2024

30 days past due as of Oct 2024,Nov 2023

This account is scheduled to continue on record until Jun 2031.

## Balance Histories

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | ONEMAIN | Balance | $0 |
| Account Number | 818322XXXXXXXXXX | Balance Updated | 05/31/2022 |
| Account Type | Secured Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/13/2018 | Original Balance | $6,245 |
| Status | Account charged off. $3,589 written off. | Highest Balance | - |
| | | Terms | 42 Months |
| Status Updated | Feb 2021 | On Record Until | Apr 2027 |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | CO | CO | — | — | — | — | — | — | — |
| 2021 | R | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | R |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | R | Repossession |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of May 2022 to Feb 2021

Repossession as of Jan 2021,Dec 2020

120 days past due as of Nov 2020

90 days past due as of Oct 2020

60 days past due as of Sep 2020

30 days past due as of Aug 2020

This account is scheduled to continue on record until Apr 2027.

**Historical Info**

| | |
|---|---|
| Company Sold | JEFFERSON CAPITAL SYSTEMS |

 **Contact Info**

| Address | PO BOX 1010, EVANSVILLE IN 47706 |
|---|---|
| Phone Number | (844) 298-9773 |

 **Comment**

**Current:**

Purchased by another lender.

**Previous:**

None

# PREMIER BKCRD/FIRST PREMIER

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | $496 |
| Account Number | 517800XXXXXXXXXX | Balance Updated | 12/09/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 12/03/2023 | Credit Limit | $400 |
| Status | Account charged off. $496 written off. $496 past due as of Dec 2025. | Highest Balance | $526 |
| | | Terms | - |
| Status Updated | Dec 2025 | On Record Until | Apr 2032 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | CO |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |

Payment history guide

Account information disputed by consumer (Meets requirement of
the Fair Credit Reporting Act).

Oct 2023 to Oct 2025, Feb 2023 to Aug 2023

# WEBBANK/FINGERHUT

POTENTIALLY NEGATIVE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | WEBBANK/FINGERHUT | Balance | $0 |
| Account Number | 636992XXXXXXXXXXX | Balance Updated | 10/06/2021 |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 05/29/2017 | Credit Limit | - |
| Status | Closed. $381 written off. | Highest Balance | $807 |
| Status Updated | Oct 2021 | Terms | - |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | ND | CO | CO | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

## Payment history guide

Charge Off as of Oct 2021,Sep 2021,Jul 2021 to Dec 2020

150 days past due as of Nov 2020

120 days past due as of Oct 2020

90 days past due as of Sep 2020

60 days past due as of Aug 2020

30 days past due as of Jul 2020

 **Contact Info**

| | |
|---|---|
| Address | 6250 RIDGEWOOD RD, SAINT CLOUD MN 56303 |
| Phone Number | (866) 734-0342 |

 **Comment**

**Current:**

Purchased by another lender.

**Previous:**

None

# WELLS FARGO AUTO

**Account Info**

| | | | |
|---|---|---|---|
| Account Name | WELLS FARGO AUTO | Balance | - |
| Account Number | 510560XXXXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Joint with TANYA M CADE | Monthly Payment | - |
| Date Opened | 03/03/2015 | Original Balance | $6,039 |
| Status | Paid, Closed/Never late. | Highest Balance | - |
| Status Updated | Aug 2017 | Terms | 30 Months |
| | | On Record Until | Aug 2027 |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Aug 2027.

## Contact Info

| | |
|---|---|
| Address | PO BOX 71092, CHARLOTTE NC 28272 |
| Phone Number | (800) 289-8004 |

# WFBNA CARD

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | WFBNA CARD | Balance | $1,280 |
| Account Number | 442644XXXXXXXXXX | Balance Updated | 11/27/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 04/14/2015 | Credit Limit | $1,280 |
| Status | Account charged off/Never late. $1,280 written off. $1,280 past due as of Nov 2025. | Highest Balance | $1,280 |
| | | Terms | - |
| Status Updated | Feb 2021 | On Record Until | May 2027 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off

ND No data for this period

**Payment history guide**

Charge Off as of Nov 2025 to Feb 2021

This account is scheduled to continue on record until May 2027.

# EXHIBIT B – REDACTED WELLS FARGO ACCOUNT

## WFBNA CARD

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | WFBNA CARD |
| Account Number | 442644XXXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 04/14/2015 |
| Status | Account charged off/Never late. ████████ |
| Status Updated | Jan 2021 |
| Balance | $1,280 |
| Balance Updated | 02/25/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $900 |
| Highest Balance | $1,280 |
| Terms | - |
| On Record Until | May 2027 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ■ | ■ | — | — | — | — | — | — | — | — | — | — |
| 2025 | ■ | ■ | ■ | ■ | ■ | ■ | ND | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ■ | ■ | ■ | ■ | ND | ■ | ■ | ■ | ■ | ■ |
| 2023 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ND | ■ | ■ | ■ | ■ |
| 2022 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ND | ■ | ■ | ■ | ■ |
| 2021 | ✓ | CO | ■ | ■ | ■ | ■ | ■ | ND | ■ | ■ | ■ | ■ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2019 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off

ND No data for this period

**Payment history guide**

# EXHIBIT C – REDACTED ONEMAIN ACCOUNT



# ONEMAIN

## UNDER DISPUTE

 **Account Info**

| | |
|---|---|
| Account Name | **ONEMAIN** |
| Account Number | **818322XXXXXXXXXX** |
| Account Type | **Secured Loan** |
| Responsibility | **Individual** |
| Date Opened | **08/13/2018** |
| Status | **Closed.** ▇▇▇▇▇▇▇ |
| Status Updated | **May 2022** |
| Balance | **$0** |
| Balance Updated | **05/20/2022** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$6,245** |
| Highest Balance | **-** |
| Terms | **42 Months** |

$ **Payment History**



| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ■ | ■ | ■ | ■ | ■ | — | — | — | — | — | — | — |
| 2021 | R | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ✓ |
| 2019 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | R | Repossession |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of May 2022 to Feb 2021

Repossession as of Jan 2021,Dec 2020

120 days past due as of Nov 2020

90 days past due as of Oct 2020

60 days past due as of Sep 2020

30 days past due as of Aug 2020

**Historical Info**

**Contact Info**

Address                                          PO BOX 1010,
                                                 EVANSVILLE IN 47706

Phone Number                                     (844) 298-9773

**Comment**

**Current:**

**Previous:**

None

**Reinvestigation Info**

This item was updated from our processing of your dispute in Feb
2026.